The People of the State of New York, Respondent, *v.* Harry A. Levy, Appellant.

Appeal from judgment of the Court of Special Sessions of the city of New York, rendered against the defendant on the 22d day of January, 1912, convicting him of a misdemeanor under section 514 of the Penal Law.

Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Laughlin and Scott, JJ., dissented.)

Laughlin, J. (dissenting): I dissent from the affirmance and vote for reversal and for the discharge of the defendant on the authority of *Thompson* v. *New Academy Theater Co.* (149 App. Div. 932, decided March 13, 1912), *People ex rel. Cisco* v. *School Board* (161 N. Y. 598), and *Plessy* v. *Ferguson* (163 U. S. 537). Scott, J., concurred.

———

Maldonado & Company, Respondent, v. Luis F. Yglesias, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Nathan C. Mellen, Respondent, v. Athens Hotel Company, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Charles Francis Moran, Appellant.— Judgment affirmed. No opinion.

The People of the State of New York, Respondent, v. William Wilson, Alias William D. Wilson, Appellant.— Judgment affirmed. No opinion.

Walter F. Trotter, as Receiver of the Property and Assets of Gilman-McNeill Company, Who Sues in His Own Behalf and in Behalf of All Other Creditors of the Defendant Iron Railway Company, etc., Respondent, v. William A. Dick and Others, Individually and as Surviving Members of the Firm of Dick Bros. & Co., and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs. No opinion.

New England Theatres Company, Respondent, v. Workingmen's Co-operative Publishing Association, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

Mary Zablatzky, Appellant, v. United States Casualty Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward Laska, Respondent, v. Charles K. Harris, Appellant.— Judgment and order affirmed, with costs. No opinion.

Bennett Bishop, Respondent, v. James A. Whitcomb, Appellant. (2 cases.) — Judgments and orders affirmed, with costs. No opinion.